United States Bankruptcy Court
District of Maryland

In re:  
Kevin James Evans  
    Debtor  

Case No. 18-20717-TJC  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0416-1   User: dwalston   Page 1 of 1   Date Rcvd: May 11, 2020  
                        Form ID: odsctr   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2020.
db             +Kevin James Evans,    10307 Racetrack Rd.,    Berlin, MD 21811-3234

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2020 at the address(es) listed below:
        Alan M. Grochal    agrochal@tydingslaw.com,   mfink@tydingslaw.com,jmurphy@tydingslaw.com
        George R. Roles    groles@groleslaw.com,   rolesgr69880@notify.bestcase.com,rachel@groleslaw.com,
         marybeth@groleslaw.com
        Joseph Michael Selba    JSelba@tydingslaw.com
        Robert S. Thomas    ECF@ch13balt.com,   rthomas13@ecf.epiqsystems.com
        Stephen M Hearne    smhearne@comcast.net,   anne@smhearnelaw.com,r49674@notify.bestcase.com
                                                                                                                              TOTAL: 5

Entered: May 11, 2020
Signed: May 11, 2020

**SO ORDERED**



_____
**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **18–20717 – TJC**   Chapter: **13**

**Kevin James Evans**
Debtor

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It appearing to the Court that the Trustee in the above–entitled case has performed all duties required of him/her in the administration of said estate;

ORDERED, that the said estate be and it hereby is closed; that the Trustee be and he/she hereby is discharged from and relieved of his/her trust.

cc:   Case Trustee – Robert S. Thomas II

**End of Order**

odsctr – dwalston